# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                          **CRIMINAL ACTION NO. 2:05CR106-P-B**

**PATRICIA BUTLER,**                                    **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion to Delay Surrender Date [14-1]. Upon due consideration of the motion and the response filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant's Motion to Delay Surrender Date [14-1] is **DENIED**;

(2) The defendant is to report to the Bureau of Prisons on or before 2:00 p.m. on May 1, 2006; and

(3) The court directs that the defendant be placed in an appropriate federal medical facility so to treat her condition.

**SO ORDERED** this the 27th day of April, A.D., 2006.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE